IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-10082-01-WEB |
| ) | |
| BARRY L. BROWN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## Memorandum and Order

The court has received a letter dated May 2, 2006, from defendant Barry Brown asking for a modification of his sentence of imprisonment so he can serve the last four months of his custodial sentence in a halfway house. The court will consider the letter as a motion to modify sentence under 18 U.S.C. § 3582(c). Section 3582(c) grants a district court limited authority to modify a term of imprisonment once it has been imposed. None of the circumstances that would permit a modification are present in this instance, and the court finds no extraordinary or compelling reason to warrant a modification under section 3582(c) or any other relevant provision. As such, it is up to the Bureau of Prisons to determine where defendant shall serve his term of imprisonment.

Defendant's request for a modification of his sentence is DENIED. IT IS SO ORDERED this 16th day of May, 2006, at Wichita, Ks.

s/Wesley E. Brown
Wesley E. Brown
U.S. Senior District Judge